UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TERRAI MONAE TRAYLOR,<br><br>                    Defendant. | No. CR-13-008-WFN-57<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒    Motion Denied<br>       **(ECF No. 935)** |

Before the court by video hearing, is Defendant's Motion for Reconsideration of denial of Defendant's release. ECF No. 935. Defendant appeared by video in Yakima with her attorney, Michael Lynch; Assistant United States Attorney Russ Smoot represented the United States and appeared in Spokane.

On behalf of Defendant, Pastor Mark Luckie has proffered a letter discussing Defendant's involvement in the Rhema Church. He reports Defendant has been active with the young adult ministry and has organized catering events. She has been a speaker about her faith, attends church in training classes on Sundays. She attends an "apologetics class" Thursday evenings called Firm Persuasion. As described in her grandmother's (Jean Perkins) letter, Defendant appears to have a support system among her family. Defendant allegedly uses marijuana on a daily basis and has not attended substance abuse treatment. It appears Defendant has no criminal history; however, her driving license currently

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1

is suspended or revoked due to alleged failures to appear in Traffic Court. The charges against her are serious. There is an allegation that Defendant left a phone message that she and a Co-Defendant were going to kill a confidential informant for throwing away a large shipment of pills.

The undersigned is unable to conclude there is a combination of conditions to reasonably assure that Defendant is supervisable and not a risk to the community. Her motion is denied.

**IT IS ORDERED** Defendant's Motion for release from custody, **ECF No. 935**, is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

If the Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom this case is assigned and note it for hearing at the earliest possible date. Both parties are responsible to ensure the motion is determined promptly.

DATED May 9, 2013.

                S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 2